No. 32. EX PARTE VÁZQUEZ.—Solicitud para que se expida mandamiento, de *habeas corpus*. Resuelto en abril 19, 1904. Con lugar la solicitud. Abogado del peticionario: *Sr. Ramos*.

────────────

No. 144. LÓPEZ LANDRÓN ET AL., EX PARTE.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en abril 19, 1904. Desistido a instancia de la parte apelante. Abogado del apelante: *Sr. López Landrón*.

────────────

No. 9. EX PARTE GALLART.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en abril 19, 1904. Desistido a instancia de la parte apelante. Abogado del apelante: *Sr. Bernardini*.

────────────

No. 18. ALVAREZ *v.* SOBEJANO.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en mayo 6, 1904. Desistido a instancia de la parte apelante. Abogado del apelante: *Sr. Torres Monge.* (*)